James P. Watson, Esq. (SBN 046127)
Bruce K. Leigh, Esq. (SBN 129753)
Anne Bevington, Esq. (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105-3612
Telephone: 415-512-3501
Facsimile: 415-512-3515
E-Mail: AnneB@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN BONILLA, et al., | Case No. C 05 4511 SC |
|---|---|
| Plaintiffs, | **STIPULATION FOR DISMISSAL; (PROPOSED) ORDER FOR DISMISSAL** |
| v. | |
| B & R MOBILE ROCK CRUSHING SERVICES, a Business Entity; and ROBERT GRECO, an Individual, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between JOHN BONILLA and GIL CROSTHWAITE, as Chairman and Co-Chairman, respectively, of the BOARDS OF TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND ("Plaintiffs") and B&R MOBILE ROCK CRUSHING SERVICES and ROBERT GRECO ("Defendants"), through their respective counsel, as follows:

1. This stipulation is entered into in connection with the settlement of this action. The Settlement Agreement of the parties, executed concurrently with this stipulation, shall be

incorporated into the Court's Order for Dismissal, and the Court shall retain jurisdiction of this action for purposes of enforcing the Settlement Agreement, including but not limited to entry of a stipulated judgment against the Defendants;

    2.    This action shall be dismissed with prejudice, subject to the Court's retention of jurisdiction as described in Paragraph 1, above, each party to bear his/her/its own costs and attorneys' fees except as reflected in the parties' Settlement Agreement.

STANTON, KAY & WATSON, LLP

DATED: 10/20/06      By: */s/ Anne Bevington*
    ANNE BEVINGTON, ESQ.
    Attorneys for Plaintiffs

LEO R. ALBERIGI, ATTORNEY AT LAW

DATED: 10/18/06      By: */s/ Leo R. Alberigi*
    LEO R. ALBERIGI, ESQ.
    Attorney for Defendants

---

### ORDER FOR DISMISSAL

IT IS SO ORDERED.

DATED: October 23, 2006      _____
    THE HONORABLE SAMUEL CONTI
    UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Samuel Conti]*

F:\CASES\30\32.200 B & R Mobile Rock\Pleadings\STIP FOR DISMISSAL.doc